AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | |
|---|---|
| Victoria Abrahamson <br> *Plaintiff* <br> v. <br> Ben Scheevel, Brent Shatto, and City of Estherville <br> *Defendant* | Civil Action No. 3:21-cv-03014-LTS-KEM |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☒ other: Judgment is entered in favor of Defendants Ben Scheevel, Brent Shatto, and City of Estherville against Plaintiff Victoria Abrahamson.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Chief Judge Leonard T. Strand on a motions for summary judgment.

Date: August 31, 2022

*PAUL DE YOUNG, CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*